JS-6

```
                FILED
       CLERK, U.S. DISTRICT COURT

         November 29, 2016

     CENTRAL DISTRICT OF CALIFORNIA
     BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LETICIA MUNGUIA,<br><br>             Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, APB PROPERTIES, LLC, and DOES 1 TO 10,<br><br>             Defendants. | Case No. 2:15-cv-00582-SJO-JC<br>Hon. S. James Otero<br>Courtroom 10C<br><br>**ORDER OF JUDGMENT IN FAVOR OF WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, AND APB PROPERTIES, LLC**<br><br>Date: November 28, 2016<br>Time: 10:00 a.m.<br>Courtroom: 10C<br><br>Action Filed: January 26, 2015<br>Trial Date: January 17, 2017 |

1  The motion for summary judgment, or in the alternative, summary
2  adjudication filed by Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"),
3  and joined by Defendants NBS DEFAULT SERVICES, LLC, and APB
4  PROPERTIES, LLC, pursuant to Federal Rule of Civil Procedure 56, came on
5  regularly for hearing on November 28, 2016, at 10:00 a.m. in Courtroom 10C of the
6  above-entitled Court, the Honorable S. James Otero presiding.  The Court found the
7  motion suitable for disposition without oral argument and vacated the hearing.

8  The Court, having read and considered Defendants' Motion for Summary
9  Judgment, or in the Alternative, Summary Adjudication, the memorandum of points
10 and authorities in support thereof, and any opposition and reply thereto, hereby
11 GRANTS Defendants' motion in its entirety.

12 **THEREFORE, GOOD CAUSE APPEARING,**

13 **IT IS HEREBY ORDERED** that judgment be entered against Plaintiff
14 LETICIA MUNGUIA, and in favor of Defendants WELLS FARGO, NBS
15 DEFAULT SERVICES, LLC, and APB PROPERTIES, LLC.  IT IS FURTHER
16 ORDERED that the case is dismissed in its entirety with prejudice as to WELLS
17 FARGO, NBS DEFAULT SERVICES, LLC, and APB PROPERTIES, LLC.

19 DATED:  November 29, 2016.

*/s/ S. James Otero*

Hon. S. James Otero
Judge, United States District Court